**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
                                                      :

UNITED STATES OF AMERICA    :

   -against-                         :           **ORDER**

CYNTHIA WOODS                   :    1:16-cr-00656-GHW-14
                                                      :         Docket #
------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2020

    Gregory H. Woods, **DISTRICT JUDGE**:
      Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

   Megan Wolfe Benett   is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _____.

   The appointment is for the purpose of representing Ms. Woods in connection with an application for compassionate release.

                            **SO ORDERED**.

Dated: December 2, 2020                 _/s/ Gregory H. Woods_
                                            **UNITED STATES DISTRICT JUDGE**