UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                         :
UNITED STATES OF AMERICA,          :
                                                         :
               -v-                         :        1: 16-cr-656-GHW-14
                                                         :
CYNTHIA WOODS,                       :           ORDER
                                                         :
                        Defendant.   :
                                                       :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2023

GREGORY H. WOODS, United States District Judge:

       Cynthia Woods submitted an application on November 27, 2023 requesting that the Court appoint her counsel for the purpose of seeking early termination of her supervised release. Dkt. No. 1021. That application is granted. The Court orders that CJA counsel Megan Wolfe Benett assume representation of the defendant in this matter for the purpose of representing Ms. Woods in connection with a potential application for early termination of her supervised release.

       The Clerk of Court is directed to terminate the motion pending at Dkt. No. 1021.

       SO ORDERED.

Dated: December 27, 2023

                                                         GREGORY H. WOODS
                                                     United States District Judge